**Walter F. SCOTT, Appellant,**

v.

**SUBURBAN JOURNALS OF GREATER ST. LOUIS, LLC; St. Louis Post-Dispatch, LLC A Delaware Corporation; Pulitzer, Inc. A Delaware Corporation, Appellees.**

No. 09–3690.

United States Court of Appeals, Eighth Circuit.

Submitted: May 18, 2010.

Filed: May 25, 2010.

Walter F. Scott, Maryland Heights, MO, pro se.

Marvin L. Lindmark, III, Bobroff & Hesse, St. Louis, MO, for Appellees.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Walter F. Scott appeals the district court's [1] adverse grant of summary judg-

ment in his civil action. Upon de novo review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006), we conclude that summary judgment was proper for the reasons the district court stated. We further conclude that the court did not prematurely enter summary judgment, *see Dulany v. Carnahan*, 132 F.3d 1234, 1238 (8th Cir.1997), and that it did not abuse its discretion in denying Scott's motion to compel discovery, *see Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir.1993) (per curiam). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The HONORABLE E. RICHARD WEBBER, United States District Judge for the Eastern District of Missouri.